UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISISANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-CR-227 |
| STANLEY SCOTT, et al. | SECTION "B" (1) |

## NOTICE OF APPEAL

Defendant Stanley Scott, through undersigned counsel, hereby gives notice of his intent to appeal the sentences imposed by this Court on March 29, 2016 to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted by:

/s/ Michael G. Riehlmann
Michael G. Riehlmann  #02072
4603 South Carrollton Avenue
New Orleans, La.  70119
504-957-2788
mgriehlmann@hotmail.com

## CERTIFICATE OF SERVICE

I certify that on April 5, 2016 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michael Riehlmann