## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 13-227** |
| **v.** | * | **SECTION: "B"** |
| **SHAWN SCOTT** | * | |
| | * * * | |

### NOTICE OF APPEAL

TO THE HONORABLE, THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA:

NOW INTO COURT, through undersigned counsel, comes Defendant Shawn

Scott who hereby gives Notice that he appeals to the United States Court of Appeals for the Fifth

Circuit from the judgment of conviction and sentence imposed in this case by Judge Ivan L.R.

Lemelle on the 29th day of March, 2016 (Docket #416), together with all prior

1

orders and rulings that produced the judgment.   This Notice of Appeal is for all purposes

permitted by law and is timely filed pursuant to Federal Rule of Appellate Procedure 4(b).

New Orleans, Louisiana, this 5th day of April, 2016.

Respectfully submitted,


*/s/ Ian Atkinson*
William P. Gibbens, 27225
Ian L. Atkinson, 31605
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
billy@semmlaw.com
ian@semmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/Ian Atkinson*
Ian Atkinson